```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 23327
   KATHY PINES
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
  SSN XXX-XX-7302


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/03/2008 and was confirmed 11/06/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/08/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
MIDWEST TITLE LOANS       SECURED VEHIC      1912.00            .00         177.12
CITY OF CHICAGO PARKING   UNSECURED          3590.00            .00            .00
SUN CASH                  UNSECURED        NOT FILED            .00            .00
DEMETRIS PHILLO           NOTICE ONLY      NOT FILED            .00            .00
COMPUCREDIT CORPORATION   UNSECURED           405.61            .00            .00
ARROW FINANCIAL SERV      UNSECURED           753.00            .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY       3,400.00                        269.35
TOM VAUGHN                TRUSTEE                                            34.64
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    481.11

PRIORITY                                             .00
SECURED                                           177.12
UNSECURED                                            .00
ADMINISTRATIVE                                    269.35
TRUSTEE COMPENSATION                               34.64
DEBTOR REFUND                                        .00
                        ---------------      ---------------
TOTALS                     481.11                 481.11
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE